## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESTITUTO MORALES, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:24-CV-00358 (VDO) |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## **JUDGMENT**

This action having come before the Court for consideration of the Plaintiff's complaint before the Honorable Vernon D. Oliver, United States District Judge; and

The Court having considered the complaint and the full record of the case including applicable principles of law, and having dismissed the case on August 14, 2024; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered affirming the commissioner's decision and dismissing this action.

Dated at Hartford, Connecticut, this 15th day of August, 2024.

                DINAH MILTON KINNEY, Clerk

                By: /s/ Jessalyn Samson
                   Jessalyn Samson
                   Deputy Clerk

EOD: 8/15/2024

**Martin O'Malley is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).**